IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:12CR50055-001

PAUL EDWARD MOORE

**FINAL ORDER OF FORFEITURE**

On January 7, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, Lakefield Arms, model 93M, .22 caliber rifle, serial number 907533 was forfeited to the United States pursuant to 26 U.S.C. §§ 5861(d) and 5872, and Title 18 U.S.C. § 924(d)(1).

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On February 11, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on January 7, 2013, shall become final at this time.

1

IT IS SO ORDERED this 13 day of May, 2013.

/s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

2